ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| GEMINI VIII CORPORATION<br><br>RECURRENTE<br><br><br>V.<br><br><br>COMITÉ DE EVALUACIÓN Y DISPOSICIÓN DE BIENES INMUEBLES (CEDBI)<br><br>RECURRIDA | KLRA202400030 | *REVISIÓN JUDICIAL* procedente del Gobierno de Puerto Rico, Comité de Evaluación y Disposición de Bienes Inmuebles<br>_____<br>Número de caso de Agencia: N/A<br><br>SOBRE:<br>Solicitud de Compra Plantel en Desuso (Noel Estrada, Bayamón, Puerto Rico)<br>Disposición Final de una Propuesta de Venta Directa |

Panel integrado por su presidente el Juez Rodríguez Casillas, el Juez Salgado Schwarz y el Juez Ronda Del Toro.

Salgado Schwarz, Carlos G., Juez Ponente.

# **SENTENCIA**

En San Juan, Puerto Rico, a 3 de abril de 2024.

Comparece Gemini VIII Corporation, (Gemini o Recurrente) mediante *Recurso de Revisión*, el 22 de enero de 2024. Solicita la revocación de la disposición final de una propuesta sobre venta directa emitida y notificada el 13 de noviembre de 2023 por el Comité de Evaluación y Disposición de Bienes Inmuebles (CEDBI o foro recurrido). A través del referido dictamen, el CEDBI canceló la solicitud de adquirir el Plantel Escolar en Desuso Noel Estrada, localizado en Bayamón, sometida por Gemini. El foro recurrido destacó que la propuesta incluyó una oferta económica de $75,000.00, que no cumple con los requisitos, al ser por debajo del valor de mercado de la Propiedad ($180,000). Además, el CEDBI determinó que la tasación provista no es aceptable debido a que no consideró el valor *as is* de la Propiedad.

**-I-**

La controversia ante nos tiene su génesis el **4 de abril de 2023,** el Municipio Autónomo de Bayamón notificó al Departamento de Educación que el plantel escolar en desuso "Noel Estrada" ubicado en la Urb. Miraflores en Bayamón cualificaba para ser considerada estorbo público debido a las condiciones en que se encontraba.

El 5 de septiembre de 2023, Gemini recibió un correo electrónico de CEDBI, informándole que debía remitir una Propuesta en o antes del 20 de octubre de 2023 a las 5pm si interesaba desarrollar y ocupar el referido plantel escolar. El CEDBI incluyó una Hoja de Cotejo para la disposición de planteles escolares en desuso.

Así las cosas, el 20 de octubre de 2023, Gemini sometió su Propuesta de compra del plantel escolar en desuso, Noel Estrada Urbanización Miraflores, Bayamón Puerto Rico a CEDBI por correo electrónico.

Posteriormente, el 13 de noviembre de 2023, el CEDBI emitió la determinación recurrida e incluyó como anejo un documento titulado "Appraisal Review Report of an Appraisal Prepared of a: Former Noel Estrada School Bayamón, Puerto Rico".

Insatisfecho, el 21 de noviembre de 2023, Gemini solicitó aclarar varios particulares incluyendo la posible adjudicación del plantel en desuso a algún otro proponente. Además, solicitó examinar las tasaciones relacionadas con ventas previas de ocho (8) planteles escolares en desuso autorizadas por el CEDBI como acto preparativo para someter una solicitud de reconsideración.

En respuesta, el 1 de diciembre de 2023, el CEDBI informó que no ha formalizado o autorizado ningún acuerdo definitivo para adjudicar a otra persona natural o jurídica

la venta del plantel escolar. Informó también que, de continuar con interés de adquirir la propiedad mediante compraventa, es necesario que su oferta económica sea igual al valor del mercado de la Propiedad *as is*.

El 4 de diciembre de 2023, Gemini presentó *Solicitud de Reconsideración con Respecto a Cancelación de Propuesta*. Mediante esta, adujo que el Reglamento Número 9133 del 8 de diciembre de 2019, Reglamento Único para la Evaluación y Disposición de Bienes Inmuebles de la Rama Ejecutiva del Gobierno de Puerto Rio, expresamente <u>ordenaba</u> al CEDBI a proceder con la venta de inmuebles cuyas ofertas se distanciaran del valor en el mercado en la medida que la venta de los inmuebles beneficiaran el interés público. Gemini incluyó Informe de Valorización Revisado e Informe de Inspección Enmendado.

Inconforme aún, el 22 de enero de 2024, Gemini compareció ante esta curia y expuso los siguientes señalamientos de error:

**Primer señalamiento de error**: Erró el CEDBI al interpretar que el justo valor en el mercado que se desprendía del informe de valorización sometido por Gemini como parte de su propuesta de compra correspondía a la suma de ciento ochenta mil dólares ($180,000.00) y no de cero ($0.00) según consignado en el informe de valorización sometido.

**Segundo señalamiento de error**: Erró el CEDBI al cancelar la "Propuesta de compra del plantel escolar en desuso, Noel Estrada Urbanización Miraflores, Bayamón Puerto Rico" sometido por Gemini, amparándose en el fundamento de que el artículo 5.07 de la Ley 26 del 29 de abril de 2017 requería que el precio de venta de la propiedad debía ser igual al justo valor en el mercado exclusivamente.

**Tercer señalamiento de error**: Erró el CEDBI al no reconsiderar su determinación de cancelar la

"Propuesta de compra del plantel escolar en desuso, Noel Estrada Urbanización Miraflores, Bayamón Puerto Rico" aún después de Gemini haber sometido Informe de valorización e Informe de inspección enmendados.

Por su parte, el 22 de febrero de 2024, el CEDBI presentó su *Moción de Desestimación*.

Contando con la comparecencia de ambas partes, procedemos a resolver el recurso, no sin antes discutir el derecho aplicable al mismo.

-II-

A.

La Ley 26 de 29 de abril de 2017, conocida como *Ley de Cumplimiento con el Plan Fiscal*, 3 LPRA sec. 9461 et seq. (Ley 26-2017) fue creada a los fines de atemperar el marco legal y jurídico existente y dar el más fiel cumplimiento al Plan Fiscal aprobado por la Juna de Supervisión Fiscal. Respecto a la disposición de bienes inmuebles, el referido estatuto establece que la disposición será a base del justo valor en el mercado, debidamente sustentado por un informe de valoración o tasación. La citada ley expresa en su artículo 5.07 que:

> La disposición de bienes inmuebles de la Rama Ejecutiva del Gobierno de Puerto Rico se regirá por un proceso que sea justo y transparente en el que se les brinden las mismas oportunidades a todos los participantes, salvaguardando siempre el interés y bienestar público. En ese tenor, toda disposición debe estar enmarcada en la consecución de los propósitos establecidos en esta Ley, manteniendo un balance entre la necesidad de allegar mayores recursos al estado, fomentar el desarrollo económico, procurar el bienestar de la sociedad y/o crear empleo.
> El Comité dispondrá de los bienes inmuebles utilizando como base el justo valor en el mercado a ser determinado mediante el correspondiente procedimiento de evaluación y tasación o velando por la utilización de la propiedad para el beneficio del interés público.
> El Director Ejecutivo del Comité o su representante podrán fungir como agente autorizado para llevar a cabo cualquier

transacción relacionada al título del bien inmueble.

3 LPRA § 9506.

**-B-**

Finalmente, la parte adversamente afectada por la adjudicación de una subasta puede ejercer el derecho a solicitar revisión judicial. En este contexto, sabido es que, al igual que las decisiones administrativas, las resoluciones de los municipios en las que se adjudica una subasta se presumen correctas y gozan de cierto margen de deferencia por parte de los tribunales. Es por ello que, en la correspondiente revisión judicial, aplica el mismo estándar de razonabilidad que se utiliza para la revisión de las determinaciones emitidas por los organismos agenciales. Torres Prods. v. Junta Mun. Aguadilla, 169 DPR 886 (2007); Accumail P.R. v. Junta Sub. A.A.A., 170 DPR 821 (2007); Empresas Toledo v. Junta de Subastas, 168 DPR 771 (2006). Por consiguiente, una vez se emite una determinación sobre adjudicación de subasta, los tribunales no debemos intervenir con la misma, salvo que se demuestre que ésta se tomó de forma arbitraria, caprichosa o mediando fraude o mala fe. Torres Prods. v. Junta Mun. Aguadilla, supra, pág. 898.

**-III-**

Gemini alega, como primer error, que el CEDBI erró al interpretar que el justo valor en el mercado que se desprendía del informe de valorización sometido por Gemini como parte de su propuesta de compra correspondía a la suma de ciento ochenta mil dólares ($180,000.00) y no de cero ($0.00) según consignado en el informe de valorización sometido.

Como su segundo planteamiento de error, el Recurrente alega que incidió el CEDBI al cancelar la "Propuesta de

compra del plantel escolar en desuso, Noel Estrada Urbanización Miraflores, Bayamón Puerto Rico" sometido por Gemini, amparándose en el fundamento de que el artículo 5.07 de la Ley 26 del 29 de abril de 2017 requería que el precio de venta de la propiedad debía ser igual al justo valor en el mercado exclusivamente.

Gemini presenta, como tercer y último error, que el CEDBI no reconsideró su determinación de cancelar la "Propuesta de compra del plantel escolar en desuso, Noel Estrada Urbanización Miraflores, Bayamón Puerto Rico" aún después de Gemini haber sometido Informe de valorización e Informe de inspección enmendados.

Por estar íntimamente relacionados, los discutiremos de la siguiente manera. Veamos.

Surge claramente del texto de la Ley 26-2017 que el Comité dispondrá de los bienes inmuebles utilizando como base **el justo valor en el mercado** a ser determinado mediante el correspondiente procedimiento de evaluación y tasación o velando por la utilización de la propiedad para el beneficio del interés público.

Según esbozado, una vez se emite una determinación sobre adjudicación de subasta, los tribunales no debemos intervenir con la misma, salvo que se demuestre que ésta se tomó de forma arbitraria, caprichosa o mediando fraude o mala fe. Torres Prods. v. Junta Mun. Aguadilla, supra, pág. 898.

Surge del expediente ante nos que la propuesta de Gemini incluyó una oferta económica de $75,000.00. Según el informe de valoración provisto, la Propiedad arrojó un valor de $180,000 (valor del terreno como si estuviese vacante). Es decir, la propuesta de Gemini fue por debajo del valor del mercado de la Propiedad e incumple con el requisito de la Ley Núm. 26-2017.

Por tanto, es menester concluir que el CEDBI no cometió ninguno de los errores imputados. La Notificación de Incumplimiento con Requisitos de la Propuesta fue conforme a derecho.

**-IV-**

Por las razones antes expuestas, se **confirma** el dictamen recurrido.

Lo acuerda y manda el Tribunal y lo certifica la Secretaria del Tribunal.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones